Jeffrey J. Hepworth, ISB No. 3455
J. Grady Hepworth, ISB No. 10364
HEPWORTH LAW OFFICES
2229 W. State Street
P.O. Box 2815
Boise, ID 83701-2815
Telephone: (208) 333-0702
Facsimile: (208) 246-8655
courtservice@idalawyer.com
*Attorneys for Required Party Steven B. Martindale*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

*Southern District*

| | |
|---|---|
| RENE ISAACS, individually and as surviving and natural mother of MICHAEL MARTINDALE, an individual,<br><br>       Plaintiff,<br><br> v.<br><br>WESTERN EXPRESS, INC. and NORBERT SIEWERT<br><br>       Defendants. | Case No. 1:23-cv-00475-REP<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR REQUIRED PARTY STEVEN B. MARTINDALE** |

  COMES NOW, Steven B. Martindale, individually and as the surviving and natural father of deceased plaintiff Michael Martindale, by and through his legal counsel of record, Hepworth Law Offices (attorneys Jeffrey J. Hepworth, ISB No. 3455 and J. Grady Hepworth ISB No. 10364).

  Mr. Martindale hereby presents notice pursuant to Fed. R. Civ. P. 19(a)(1) of his status as a "Required Party" as the natural father and heir of deceased plaintiff, Michael Martindale. Mr. Martindale further provides notice of appearance of counsel pursuant to Fed. R. Civ. P. 9 regarding his representation through legal counsel. All pleadings and documents may be served upon the

**NOTICE OF APPEARANCE OF COUNSEL FOR REQUIRED PARTY STEVEN B. MARTINDALE**
-1

following licensed attorneys of the State of Idaho:

>Jeffrey J. Hepworth, ISB No. 3455
>J. Grady Hepworth, ISB No. 10364
>HEPWORTH LAW OFFICES
>2229 W. State Street
>P.O. Box 2815
>Boise, ID 83701-2815
>Telephone: (208) 333-0702
>Facsimile: (208) 246-8655
>courtservice@idalawyer.com

Attorneys are in good standing and eligible to practice in this Court. A motion and/or stipulation to appear as a party plaintiff shall be forthcoming.

DATED this 7th day of February 2024

>HEPWORTH LAW OFFICES
>
>/s/ *J. Grady Hepworth*_____
>Jeffrey J. Hepworth
>J. Grady Hepworth
>*Attorneys for Steven B. Martindale, by and through his natural son Michael Martindale*

**NOTICE OF APPEARANCE OF COUNSEL FOR REQUIRED PARTY STEVEN B. MARTINDALE**
-2

CERTIFICATE OF SERVICE

The undersigned served a true and correct copy of the attached document to the following:

Kurt D. Holzer (ISB No. 4457)
Brooke V. Kenney (ISB No. 11912)
HEPWORTH HOLZER, LLP
537 W. Bannock Street
PO Box 2582
Boise, Idaho 83701
Telephone: 208-343-7510 Fax: 208-342-2927
kholzer@HepworthHolzer.com
bkenney@HepworthHolzer.com
*Attorneys for Rene Isaacs*

Keely E. Duke
Kyle B Mandeville
DUKE EVETT, PLLC
P.O. Box 7387
1087 West River Street, Suite 300
Boise, ID 83707
(208) 342-3310
Fax: (208) 342-3299
Email: ked@dukeevett.com
Email: kbm@dukeevett.com
*Attorneys for Defendants Western Express and Norbert Siewert*

　　　　　　　　　　　　　　　　　　　/s/ *J. Grady Hepworth*_____
　　　　　　　　　　　　　　　　　　　　　J. Grady Hepworth

**NOTICE OF APPEARANCE OF COUNSEL FOR REQUIRED PARTY STEVEN B. MARTINDALE**
-3